IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffrey Stoneman,<br><br>        Plaintiff,<br><br>v.<br><br>Facilities Experts LLC,<br><br>        Defendant. | NO. CV-20-00221-PHX-DJH<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order granting the Motion to Dismiss Complaint filed November 12, 2020, Plaintiff to take nothing, and the complaint and action are dismissed with prejudice with each side bearing its own costs and fees.

                                          Debra D. Lucas
                                          District Court Executive/Clerk of Court

November 12, 2020

                                          s/ Rebecca Kobza
                               By   Deputy Clerk