# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Jeffrey Stoneman,

    Plaintiff,

v.

Facilities Experts LLC, et al.,

    Defendants.

No. CV-20-00221-PHX-DJH

**ORDER**

The Court having reviewed the parties' Stipulation to Dismiss Third-Party Claims (Doc. 90), filed on November 13, 2020,

**IT IS ORDERED** approving the Stipulation (Doc. 90) and dismissing Facilities Experts and Harvest's Third-Party Complaint, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 13th day of November, 2020.

_____
Honorable Diane J. Humetewa
United States District Judge